CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　Facsimile: (415) 436-6748
　　Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALMA ROSA GUZMAN VIVAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL FOLEY, Consul General, United States Consulate General in Ciudad Juarez, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:26-cv-00418 TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

　　　　The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until May 25, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed this action seeking adjudication of the visa she filed on behalf of her spouse. The United States Consulate General in Ciudad Juarez requested additional documents from Plaintiff's spouse.

　　　　Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 25, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit

Stipulation to Stay
C 3:26-cv-00418 TSH　　　　　　　　　　　1

the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 23, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 23, 2026

/s/ Joshua Goldstein
JOSHUA L. GOLDSTEIN
Attorney for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:26-cv-00418 TSH                          2